UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
2006-0876

Powers Kirn, LLC
728 Marne Highway
P.O. Box 848
Moorestown, NJ 08057

*Order Filed on 4/1/2011 by Clerk U.S. Bankruptcy Court District of New Jersey*

In Re:

    Yvonne Fleming

Case No.:   08-17818 - GMB

Hearing Date: 03/21/2011

Judge:   Honorable Gloria M. Burns

Chapter:  13

## ORDER CURING ARREARS AND PROVIDING
## FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2)    is hereby **ORDERED**.

**DATED: 4/1/2011**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Debtor: Yvonne Fleming

Case No.: 08-17818 - GMB

Caption of Order: ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

---

Upon the debtor's objection to the ex-parte application for stay relief as to certain real property, as authorized by prior Order of this Court under Bankruptcy Code section 362(d), and Powers Kirn, LLC, Attorney for U.S. Bank, N.A., appearing and for cause shown, it is:

**ORDERED** as follows:

1. Stay relief is denied without prejudice and the debtor is hereby permitted to cure arrears as more particularly provided hereinafter.

2. Debtor(s) shall commence curing post petition arrears through March 1, 2011, in the sum of $5,175.54 as provided hereinafter.

3. Mortgagee shall credit debtor funds in the sum of $627.00 applied March 4, 2011.

4. Mortgagee shall apply debtor funds (Ref# 18722696703), dated March 4, 2011 in the sum of $653.00.

5. Mortgagee shall apply debtor funds (Ref# 18722696725), dated March 4, 2011 in the sum of $653.00.

6. Mortgagee shall apply debtor funds (Ref# 18722696736), dated March 4, 2011 in the sum of $653.00.

7. Debtor(s) shall commence curing the balance of post-petition arrears by making payment of $323.70 in addition to debtor's regular monthly mortgage payment starting April 1, 2011, and continuing until all post-petition arrears are brought current.

8. The mortgagee is awarded a counsel fee and costs of $350.00 on this application, which sum shall be collected and disbursed by the standing trustee in addition to the mortgagee's claim.

9. Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

10. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

*Approved by Judge Gloria M. Burns April 01, 2011*